UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNETH M. KEMPFER, JR.,

    Plaintiff,

v.

SHERIFF SHANNON WOLFF and
RANDOLPH COUNTY, ILLINOIS,

    Defendants.

Case No. 16-cv-574-JPG-SCW

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Sheriff Shannon Wolff and Randolph County, Illinois, and against plaintiff Kenneth M. Kempfer, Jr. and that this case is dismissed with prejudice.

**DATED:** December 5, 2017    **JUSTINE FLANAGAN, Acting Clerk of Court**

    **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**